SIXTH CLAIM FOR RELIEF AGAINST ALL DEFENDANTS

<u>For A Declaration Pursuant to 28 U.S.C. §§ 2201-2202 That Defendants' Conduct Is In Violation Of The Equal Access Act, The Civil Rights Act of 1871, The Fourteenth Amendment To The United States Constitution, And Article 1, Sections 2 And 7, Of The California Constitution, And That Plaintiffs Are Entitled To Have Access To School Facilities On The Same Basis As Other Noncurricular Student Groups</u>

55. Plaintiffs repeat and reallege the allegations of paragraphs 1 through 54 above, and incorporate those allegations herein by this reference.

56. An actual controversy within this Court's jurisdiction exists between plaintiffs and defendants, in that:

    a. Plaintiffs contend that the GSAC is entitled to meet on school premises during noninstructional time under the Equal Access Act, the Due Process and Equal Protection Clauses of the Fourteenth Amendment to the United States Constitution, and Article 1, Sections 2 and 7, of the California Constitution;

    b. Defendants have discriminated against plaintiffs and denied them equal access and a fair opportunity to meet on El Modena High School premises during noninstructional time on the basis of the content of the GSAC's speech and the speech of its members.

57. A judicial declaration among the parties is necessary and appropriate at this time in order that they promptly may ascertain and enforce their respective rights and obligations.

58. Plaintiffs are entitled to a declaratory judgment that defendants' refusals to permit the GSAC to meet as a student group on El Modena High School premises during noninstructional time violate the Equal Access Act, the Due Process and Equal Protection Clauses of the Fourteenth Amendment, and Article 1, Sections 2 and 7, of the California Constitution, and that plaintiffs are entitled to have access to all school facilities on a basis equal to other noncurricular student groups.

## PRAYER FOR RELIEF

WHEREFORE, plaintiffs pray for relief against defendants Orange Unified School District, Orange Unified School District Board of Education, Nancy Murray, Barbara Van Otterloo, Terri Sargeant, Martin Jacobson, Linda Davis, Maureen Aschoff, William Lewis, Robert Viviano, and Kathy Ward, as follows:

1. For a declaration of the rights, obligations, and other legal relations among plaintiffs and defendants--namely that defendants' discrimination against plaintiffs and denial of equal access and a fair opportunity to meet on El Modena High School premises during noninstructional time on the basis of the content of the GSAC's speech violate the Equal Access Act, the Due Process and Equal Protection Clauses of the Fourteenth Amendment, and Article 1, Sections 2 and 7, of the California Constitution, and that plaintiffs are entitled to have access to and use of all school facilities on a basis equal to other noncurricular student groups.

2. For a preliminary and permanent injunction restraining and enjoining defendants and their directors, officers, agents,

affiliates, subsidiaries, servants, employees, and all other persons or entities in active concert or privity or participation with them, from directly or indirectly preventing the plaintiffs from meeting on the premises of El Modena High School during noninstructional time, and from directly or indirectly denying plaintiffs access to or use of school facilities on a basis equal to other noncurricular student groups.

3. For damages, in at least a nominal amount, according to proof.

4. For interest, where appropriate, on damages awarded.

5. For costs and attorneys' fees incurred in the prosecution of this action, pursuant to, without limitation, 28 U.S.C. § 1988 and California Code of Civil Procedure § 1021.5.

6. For such additional and further relief, in law and equity, as may be deemed just and appropriate.

Dated: November 24, 1999

                          Respecfully submitted,

                          IRELL & MANELLA LLP
                          Bruce A. Wessel
                          Andra Barmash Greene
                          Elliot Brown
                          Laura W. Brill
                          David C. Codell
                          Robert N. Klieger

                          LAMBDA LEGAL DEFENSE AND
                          EDUCATION FUND, INC.
                          Jon W. Davidson
                          Myron Dean Quon

                          By: */s/ David C. Codell*
                              David C. Codell
                          Attorneys for Plaintiffs

Of Counsel:

PEOPLE FOR THE AMERICAN WAY FOUNDATION
Elliot M. Mincberg
Judith E. Schaeffer
(pro hac vice applications pending)

215592

- 21 -